UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANDREW RODGERS,<br><br>Defendant | Criminal No.   3:24CR30053-MGM<br><br>Violations:<br><br>Count One: Threatening Interstate Communications<br>(18 U.S.C. § 875(c))<br><br>Count Two: Extortionate Interstate Communications<br>(18 U.S.C. § 875(b))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. The defendant, MICHAEL ANDREW RODGERS ("RODGERS"), was a resident of Windsor, Massachusetts.

2. Victim 1 was a medical practice located in Springfield, Massachusetts.

3. The Social Security Administration ("SSA") was a federal government agency headquartered in Woodlawn, Maryland. SSA also operated a website at www.ssa.gov.

4. Google LLC ("Google") was a company headquartered in Mountain View, California. Google also operated an online search engine at www.google.com, from which its online business reviews and maps products were accessible. Google's servers for these products were located outside of Massachusetts.

### Alleged Threats Against Victim 1

5. On or about February 24, 2023, a review posted on Victim 1's Google business

1

page stated: "They gonna get what's coming soon. 3 years later I'm still in pain. You're next[.]"

6. On or about April 5, 2023, at approximately 2:06 p.m. EDT, a review posted on Victim 1's Google business page stated: "They gonna get what's coming soon. 3 years later I'm still in pain. You're next. Now refusing to release medical records. Will be there in the morning to get them myself one way or another." An image of a hand holding a firearm appeared beneath this text.

7. On or about April 5, 2023, at approximately 4:00 p.m. EDT, a review posted on Victim 1's Google business page stated: "They gonna get what's coming soon. 3 years later I'm still in pain. You're next. Now refusing to release medical records. Will be there in the morning to get them myself one way or another. Locked and loaded. See you in the morning." An image of a hand holding a firearm appeared beneath this text.

### Alleged Threats Against SSA and an Unnamed School

8. SSA's website contained a page in which individuals could report allegations of fraud, waste, or abuse concerning SSA programs and operations to the SSA Office of the Inspector General ("SSA-OIG") via an online form at https://secure.ssa.gov/pfrf/home. On the SSA-OIG fraud report online form, users could provide the following information: personal contact information for the submitter, including name, Social Security number ("SSN"), phone numbers, addresses, and an email address for acknowledgment of the complaint; information for the individual committing fraud, including name, alias, SSN, phone numbers, addresses, date of birth ("DOB"), gender, race, and state of birth; and information for the victim of the fraud, including name, alias, SSN, phone numbers, addresses, DOB, gender, and race. A summary section was also provided to allow an individual to outline the substance of the complaint.

9. On or about April 6, 2024, at approximately 1:21 p.m. EDT, SSA received an SSA-OIG fraud report online form submitted though the webpage at https://secure.ssa.gov/pfrf/home.

The summary section of the report stated:

> "I m gonna start taking what I need. By any means nessacary. I ve had no funds for almost a year. I tried working and got fucked on my taxes. No one in authority has been any help. My therapist wants to continue to blame my drinking. IM 8 MONTHS SOBER AND DONE WITH THIS SHIT. GIVE ME MY MONEY OR IM GONNA START DROPPING PEOPLE. YOULL NEVER FIND MY WEAPONS SO STOP LOOKING AND GIVE ME MY CHECK. I WANT TO LIVE A SHIT QUALITY OF LIFE AND CANT DO THAT WITHOUT THE PUBLIC ASSISTANCE EVERYONE REFUSES TO HELP ME GET. SO YEAH. NOW IM ANGRY. HELP ME OR YOU BETTER STAY THE FUCK OUT OF MY WAY WHEN I START THIS MOTHERFUCKING WAR. IVE ABOUT HAD IT. IM NOT TAKING THIS FRUSTRATION OUT ON MYSELF ANYMORE. IVE CUT MY FINGER OPEN AND NOW MY FINGER DOESN'T PROPERLY WORK THANKS TO GETTING NO HELP. NEXT TIME I SLICE SOMETHING OPEN. IT WONT BE ME. ITLL BE ONE OF YOUR CHILDREN ILL MERC A WHOLE SCHOOL AND NOT GIVE A FUCK. ALLS I WANT TO DO IS MU BEST AND YOU ARE STOPPING ME FROM DOING IT. I WAS HARMED REPEADETLY AS A CHILD AND WOULD REALLY RATHER NOT GO THETE. BUT YOU ARE ALL LEAVING ME WITH LITTLE CHOICE. I HAVE THOUGHT OF WEAPONS THAT WOULD MAKE THE USMC RUN IN FEAR. STOP TESTING ME AND LET ME BE A FARMER A FATHER AND A HELPFUL MEMBER OF THIS EARTH. ALL I WANT IS A SIMPLE LIFE AND ALL YOU DO IS BELIEVE THE STORIES OF THOSE WHO HATE ME AND BLACK SHEEP ME. IM FUCKING ADOPTED BY DEMONS AND I LIVE WITH THE DEVIL. AND YOU FUCKING CUNTS DO NOTHING TO HELP ME GET AWAY. SO YOULL BE MY FIRST TARGET IF YOU KEEP REFUSING TO HELP ME." [sic]

## COUNT ONE
### Threatening Interstate Communications
### (18 U.S.C. § 875(c))

The Grand Jury further charges:

10. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 9 of this Indictment.

11. On or about April 5, 2023, in the District of Massachusetts and elsewhere, the defendant,

### MICHAEL ANDREW RODGERS,

intentionally transmitted a communication in interstate commerce containing a threat to injure the person of another—to wit, a Google review for Victim 1's medical practice that stated: "They gonna get what's coming soon. 3 years later I'm still in pain. You're next. Now refusing to release medical records. Will be there in the morning to get them myself one way or another. Locked and loaded." Beneath this text, the defendant included an image of a hand holding a firearm.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
## Extortionate Interstate Communications
## (18 U.S.C. § 875(b))

The Grand Jury further charges:

12. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 9 of this Indictment.

13. On or about April 6, 2024, in the District of Massachusetts and elsewhere, the defendant,

## MICHAEL ANDREW RODGERS,

with intent to extort from the Social Security Administration a thing of value, namely, Social Security disability benefits, intentionally transmitted a communication in interstate commerce containing a threat to injure the person of another—to wit, a submission through a fraud reporting website for the Social Security Administration Office of the Inspector General that stated, in part:

> I m gonna start taking what I need. By any means nessacary. I ve had no funds for almost a year. I tried working and got fucked on my taxes. . . . GIVE ME MY MONEY OR IM GONNA START DROPPING PEOPLE. YOULL NEVER FIND MY WEAPONS SO STOP LOOKING AND GIVE ME MY CHECK. . . . HELP ME OR YOU BETTER STAY THE FUCK OUT OF MY WAY WHEN I START THIS MOTHERFUCKING WAR. IVE ABOUT HAD IT. IM NOT TAKING THIS FRUSTRATION OUT ON MYSELF ANYMORE. IVE CUT MY FINGER OPEN AND NOW MY FINGER DOESN'T PROPERLY WORK THANKS TO GETTING NO HELP. NEXT TIME I SLICE SOMETHING OPEN. IT WONT BE ME. ITLL BE ONE OF YOUR CHILDREN ILL MERC A WHOLE SCHOOL AND NOT GIVE A FUCK.

All in violation of Title 18, United States Code, Section 875(b).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

14. Upon conviction of the offense in violation of Title 18, United States Code, Section 875(c), set forth in Count One, or the offense in violation of Title 18, United States Code, Section 875(b), set forth in Count Two, the defendant,

MICHAEL ANDREW RODGERS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

15. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JAMES J. NAGELBERG
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 12, 2024 at 1:05 pm
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK